# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Federal Trade Commission v. Tapestry, Inc.    Docket No.: 24-2848

Lead Counsel of Record (name/firm) or Pro se Party (name): Imad D. Abyad / Federal Trade Commission

Appearance for (party/designation): Federal Trade Commission / Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
       Parties: _____
( ) Incorrect.   Please change the following parties' designations:
       Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Imad D. Abyad
Firm: Federal Trade Commission
Address: 600 Pennsylvania Avenue, N.W., Washington, DC 20580
Telephone: (202) 326-3579        Fax: (202) 326-2477
Email: iabyad@ftc.gov

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on March 24, 2020 _____ OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: *Imad Abyad*
Type or Print Name: Imad D. Abyad
       OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.