UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-2848

**Caption [use short title]**

**Motion for:** Joint Motion for Leave to File Briefs Under Seal

Federal Trade Commission v. Tapestry, Inc.

Set forth below precise, complete statement of relief sought:

Defendants-Appellants and Plaintiff-Appellee seek leave to file their briefs under seal and to file redacted versions on the public docket. The briefs will discuss confidential information that was sealed in the district court.

**MOVING PARTY:** Tapestry, Inc., Capri Holdings Limited   **OPPOSING PARTY:** Federal Trade Commission

☐ Plaintiff   ☐ Defendant
■ Appellant/Petitioner   ■ Appellee/Respondent

**MOVING ATTORNEY:** See attached rider   **OPPOSING ATTORNEY:** Imad D. Abyad

[name of attorney, with firm, address, phone number and e-mail]

See attached rider

Federal Trade Commission
600 Pennsylvania Avenue, NW, Washington, DC 20580
(202) 326-3579 / iabyad@ftc.gov

**Court- Judge/ Agency appealed from:** United States District Court for the Southern District of New York - Judge Jennifer L. Rochon

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:
■ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ✓ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested?   ☐ Yes   ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ■ No   If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ Alfred C. Pfeiffer   **Date:** November 8, 2024   **Service:** ■ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

**Rider To Motion Information Statement (No. 24-2848)**

**Counsel for Moving Parties**

Jonathan M. Moses
Elaine P. Golin
Adam L. Goodman
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000
JMMoses@wlrk.com
EPGolin@wlrk.com
ALGoodman@wlrk.com

*Counsel for Defendant-Appellant
Capri Holdings Limited*

Alfred C. Pfeiffer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
al.pfeiffer@lw.com

Amanda P. Reeves
Melissa Arbus Sherry
Jennifer L. Giordano
Blake E. Stafford
Christina R. Gay
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
amanda.reeves@lw.com
melissa.sherry@lw.com
jennifer.giordano@lw.com
blake.stafford@lw.com
christina.gay@lw.com

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
lawrence.buterman@lw.com

Sean M. Berkowitz
LATHAM & WATKINS LLP
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
sean.berkowitz@lw.com

*Counsel for Defendant-Appellant
Tapestry, Inc.*

# 24-2848

## United States Court of Appeals for the Second Circuit

―――――――――――――――――――

FEDERAL TRADE COMMISSION,

*Plaintiff-Appellee*,

v.

TAPESTRY, INC.;
CAPRI HOLDINGS LIMITED,

*Defendants-Appellants*.

―――――――――――――――――――

On Appeal from the United States District Court for the Southern District of New York
No. 1:24-cv-03109 (Hon. Jennifer L. Rochon)

―――――――――――――――――――

**JOINT MOTION FOR LEAVE TO FILE BRIEFS UNDER SEAL**

―――――――――――――――――――

| | |
|---|---|
| Imad D. Abyad<br>FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(202) 326-3579<br>iabyad@ftc.gov<br><br>*Counsel for Plaintiff-Appellee*<br>*Federal Trade Commission* | Alfred C. Pfeiffer<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600<br>al.pfeiffer@lw.com<br><br>*Counsel for Defendant-Appellant*<br>*Tapestry, Inc.*<br><br>Elaine P. Golin<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY 10019<br>(212) 403-1000<br>epgolin@wlrk.com<br><br>*Counsel for Defendant-Appellant*<br>*Capri Holdings Limited* |

[*Additional Counsel Listed on Signature Block*]

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 27.1, Defendants-Appellants Tapestry, Inc. and Capri Holdings Limited and Plaintiff-Appellee Federal Trade Commission jointly move this Court for leave to file their briefs under seal and to file redacted versions of their briefs on the public docket. In support of this motion, the parties state the following:

1. The record in this case contains materials pertaining to competitively sensitive business information that were placed under seal in the district court. Under this Court's rules and procedures, those materials remain under seal on appeal. *See* Local Rule 25.1(a)(1)(E).

2. The parties intend to include information from these sealed materials in their briefs on appeal. Accordingly, the parties seek leave to file unredacted versions of the opening, response, and reply briefs under seal and to file redacted versions on the public docket. *See* Local Rule 25.1(j)(2). The redacted information in the briefs will be limited to information that was sealed in the district court and remains under seal in this Court.

WHEREFORE, Defendants-Appellants and Plaintiff-Appellee jointly request that the Court grant this motion for leave to file their briefs under seal and to file redacted versions of their briefs on the public docket.

Dated: November 8, 2024

Respectfully submitted,

*[signature]*

Elaine P. Golin
Jonathan M. Moses
Adam L. Goodman
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000
epgolin@wlrk.com

*Counsel for Defendant-Appellant Capri Holdings Limited*

*[signature]*

Imad D. Abyad
Matthew M. Hoffman
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-3579
iabyad@ftc.gov

*Counsel for Plaintiff-Appellee Federal Trade Commission*

*[signature]*

Alfred C. Pfeiffer
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
al.pfeiffer@lw.com

Amanda P. Reeves
Melissa Arbus Sherry
Jennifer L. Giordano
Blake E. Stafford
Christina R. Gay
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Lawrence E. Buterman
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Sean M. Berkowitz
LATHAM & WATKINS LLP
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700

*Counsel for Defendant-Appellant Tapestry, Inc.*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 202 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated:  November 8, 2024              */s/ Alfred C. Pfeiffer*
                                                                                     Alfred C. Pfeiffer